## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**ROGER W. TITUS**                                                                **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                                    **GREENBELT, MARYLAND   20770**
                                                                                                                    **301-344-0052**

### M E M O R A N D U M

TO:         Counsel of Record

FROM:      Judge Roger W. Titus

RE:         *Broadcast Music, Inc., et al. v. JF Jones Enterprises, LLC,*
                  *d/b/a Hotel Charles, et al.*
                Civil Action No. RWT 15-359

DATE:       May 11, 2015

* * * * * * * *

At the request of counsel for the defendant, the telephone status conference currently scheduled for May 12, 2015 at 4:00 p.m. is hereby **RESCHEDULED for May 19, 2015 at 4:00 p.m.**

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                       /s/
                                      Roger W. Titus
                                      United States District Judge